■ In the Matter of ZAID ZAID, Petitioner, v JAMES M. BURKE et al., Respondents. [33 NYS3d 899]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

An order of a Justice of this Court dated April 11, 2016 reducing petitioner's bail to $1,000,000 bond or cash, and an order of this Court entered May 12, 2016 (M-1895) maintaining those bail conditions are vacated based on newly submitted information, and any bail or remand conditions set by Supreme Court are continued without prejudice to any further applications before that court. Concur—Sweeny, J.P., Renwick, Moskowitz, Kapnick and Gesmer, JJ.